**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CLAUDIA QUINTANILLA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv729 |
| | § | Judge Clark/Judge Mazzant |
| NATIONSTAR MORTGAGE LLC, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action,

this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28

U.S.C. § 636. On April 15, 2014, the report of the Magistrate Judge was entered containing

proposed findings of fact and recommendations that Defendant's Motion to Dismiss Plaintiff's

Original Petition [Doc. #6] be granted.

Having received the report of the United States Magistrate Judge, and no objections

thereto having been timely filed, this court is of the opinion that the findings and conclusions of

the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and

conclusions of the court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Original

Petition [Doc. #6] is **GRANTED**, and Plaintiff's case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **15** day of **May, 2014.**

_____
Ron Clark, United States District Judge